**Joseph E. Warner, III**

Education

>Duke University - A.B. Accounting Magna Cum Laude 1977
>Oxford University - New College 1976 Summer Study Program
>Wake Forest University - J.D. 1980

Professional

>Certified Public Accountant, Member of American Institute of Certified Public Accountants (AICPA), Member of N.C. Association of CPA's (NCACPA), Past President of Piedmont Chapter of the National Association of Accountants

>Admitted to the N.C. State Bar, Supreme Court of the United States Bar, United States Tax Court Bar, Member of the American, North Carolina, and Greensboro Bar Associations.

Employment

>Arthur Andersen & Co. - Tax Manager in Greensboro, N.C. 1980-1983. The Dacourt Group, Inc. - Chief Financial Officer 1983-1985. Breslow Starling Frost Warner Boger Hiatt, PLLC CPA's - 1985 to date

Listing of cases in which I have testified as an expert at trial or by deposition since 1998.

>Sumitomo Marine et al v. AC Corporation et al
>Amerilink Corp. v. Prime TV, LLC
>Seacrest Services, Inc. v. Macauley Aron
>William R. Doss & Paul D. Smith v. Don R. House & Blanco Tackabery